

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-21-00043-CV

**RCI ENTERTAINMENT (SAN ANTONIO), INC, D/B/A XTC CABARET. ("XTC"),**
Appellant

v.

**THE CITY OF SAN ANTONIO**, Mayor Ron Nirenberg, and Michael E. Shannon, in their
Official Capacities,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23536
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellees' brief was originally due July 26, 2021; however, the court granted an extension of time until August 25, 2021. Appellees have filed an unopposed motion asking for a further thirty-day extension of time to file the brief.

We **grant** the motion and **order** appellees' brief due **September 24, 2021**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court